___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **JETHER THOMPSON, JR.** | **22-11709-JDW** |

**ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD
DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE**

The Court has been advised by the Chapter 13 Trustee that the wage order issued to FUSION FURNITURE should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

**FUSION FURNITURE
ATTN: PAYROLL / GARNISHMENTS
957 PONTOTOC CO. INDUSTRIAL PARK RD
ECRU, MS 38841-**

IT IS FURTHER ORDERED, that FUSION FURNITURE is to remit any funds presently held to the Chapter 13 Trustee.

| **REMITTANCE BY CHECK** | **REMITTANCE BY ELECTRONIC PAYMENT** |
|---|---|
| Locke D. Barkley, Chapter 13 Trustee | TFS EMPLOYER PAY |
| P.O. Box 1859 | https://www.tfsbillpay.com/employer |
| Memphis, TN 38101 | TFS Bill Pay: 888-800-0294 |

**##END OF ORDER##**